MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

*RECEIVED 11 AUG 23 PM 12:51 U.S. BANKRUPTCY COURT ST. PAUL, MN*

Debtor:   Karren Leone Shun
Chapter 7 Case No.   10-34271

Please Check One:
☐   Unclaimed Dividends
☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American InfoSource as agent for Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | 2 | 314.12 | 3.18 |

Date:   August 21, 2011

_____
Trustee